COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Jennifer Larkins Ruby v. Sealy Independent School District

Appellate case number:    01-17-00716-CV

Trial court case number:   2015V-0134

Trial court:                        155th District Court of Austin County

      Appellant, Jennifer Larkins Ruby, has filed a request that we allow the district court clerk to file the clerk's record electronically. Because the clerk is required to file the record electronically, the request is dismissed as moot. *See* TEX. R. APP. P. Appx. C, Rule 1.2 ("Unless the clerk received permission from the appellate court to file the record in paper form, the clerk must file the record electronically."). Pro se parties may obtain records in active cases on compact disk from the clerk of this Court. Requests may be made either in person or by letter.

      It is so ORDERED.

Judge's signature: /s/ Harvey Brown
          Acting individually

Date:  November 16, 2017